# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Class Actions | Case No. 0:21-md-02998 (JRT/HB) |

### ORDER AMENDING THE PRETRIAL SCHEDULING
### ORDER REGARDING CLASS CERTIFICATION DEADLINES

The Court has reviewed and considered the Stipulation to Amend the Pretrial Scheduling Order Regarding Class Certification Deadlines (ECF No. 63) between Direct Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, and Commercial Indirect Purchaser Plaintiffs (collectively "Class Plaintiffs") and Defendants.  The Court finds that there is good cause to adopt the stipulation pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Minn. L.R. 16.3.

Accordingly, IT IS HEREBY ORDERED that the January 26, 2021 Pretrial Scheduling Order (ECF No. 658) is AMENDED with regard to the deadlines relating to the Class Plaintiffs' Class Certification Motions and Related Expert Discovery, as set forth below.  This Order does not change the non-class certification deadlines in the Pretrial Scheduling Order.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs to File Motion for Class Certification and Supporting Expert Reports | February 7, 2022 | May 2, 2022 |
| Defendants to File and Serve Daubert Motions to Exclude Expert Opinion Pertaining to Class Certification | April 8, 2022 | June 30, 2022 |
| Defendants to File and Serve Memorandum in Opposition to Class Certification with Supporting Documents and Expert Reports | April 8, 2022 | June 30, 2022 |
| Plaintiffs to File and Serve Daubert Motions to Exclude Expert Opinion Pertaining to Class Certification and Memoranda in Response to Daubert Motions | June 7, 2022 | August 29, 2022 |
| Plaintiffs to File and Serve Reply and Rebuttal Expert Report to Motion for Class Certification | June 7, 2022 | August 29, 2022 |
| Defendant to File and Serve Memoranda in Response to any Daubert Motions filed by Plaintiffs and their Reply Iso their Daubert Motions | July 22, 2022 | October 13, 2022 |
| Plaintiffs to File and Serve Reply Memoranda ISO Their Daubert Motions | August 22, 2022 | November 14, 2022 |

Dated:  January 10, 2022         s/*Hildy Bowbeer*
                                 HILDY BOWBEER
                                 United States Magistrate Judge