# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | 0:21-md-02998 (JRT/HB)<br><br>MDL No. 2998<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Lauren T. Fleming has left the law firm of Stinson LLP and withdraws as counsel for Defendant Seaboard Foods LLC in the above-referenced matter.

Peter J. Schwingler of Stinson LLP has communicated with Ms. Fleming regarding this Withdrawal and Ms. Fleming approves of its filing. William L. Greene, Peter J. Schwingler, Jon Ripa, William Thomson, and J. Nicci Warr will continue to represent Defendant.

CORE/3508162.0002/177658218.1

Dated: October 13, 2022                Respectfully submitted,

By: */s/ Peter J. Schwingler*
Peter J. Schwingler (#0388909)
William L. Greene (#0198730)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com


J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***